IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          -vs-

WILLIAM MARTIN, JR.,

                Defendant.

15-CR-6132 FPG

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 2422(b)

*[Stamp: UNITED STATES DISTRICT COURT — FILED — OCT 1 3 2015 — MICHAEL J. ROEMER, CLERK — WESTERN DISTRICT OF NY]*

---

## COUNT 1
### (Coercion and Enticement of a Minor)

#### The United States Attorney Charges That:

Between in or about August 2014 and on or about February 7, 2015, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, **WILLIAM MARTIN, JR.**, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce, and attempt to persuade, induce, entice and coerce, an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

DATED:  Rochester, New York, October 13, 2015

                WILLIAM J. HOCHUL, JR.
                United States Attorney

BY:               _____
                MELISSA M. MARANGOLA
                Assistant United States Attorney
                United States Attorney's Office
                100 State Street
                500 Federal Building
                Rochester, New York  14614
                585/263-6760
                Melissa.Marangola@usdoj.gov